IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed September 22, 2022*

| | |
|---|---|
| VIGINIA MILTON and ARNOLD MILTON, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>) | Case No. 17-1235 L<br><br>Senior Judge Loren A. Smith |

**FORMERLY APPOINTED DOWNSTREAM COUNSEL'S STATUS REPORT**

The Court conducted a status conference in this case on September 14, 2022 regarding the Downstream litigation. During the hearing the Court commented that the re-appointment of leadership for the Downstream litigation made sense due to the United States Court of Appeals for the Federal Circuit's remand in *Milton v. United States*, No. 2021-1131.

The undersigned requested the opportunity to confer with all formerly appointed Downstream counsel about their willingness to be reappointed and to report back to the Court before an Order issued. The Court granted the request. To provide context for this report, a brief timeline of the pertinent Orders follows:

On December 5, 2017, the Court entered "Management Order No. 3 (Order Establishing Sub-Master Docket for Downstream Claims)," which cited and partially restated the Court's November 20, 2017 Orders appointing Downstream leadership. *In re Addicks and Barker (Texas) Flood-Control Reservoirs*, Master Docket No. 17-3000L, (ECF No. 2) (Fed. Cl. Dec 5, 2017). Pursuant to the Orders, the following lawyers were appointed Downstream Plaintiffs' leadership:

1

      a.      Rand P. Nolen and Derek H. Potts "Co-Lead Counsel for Downstream Plaintiffs as to Pre-Trial Discovery, Dispositive Motions for Partial or Summary Judgement and/or Cross-Motions and/or a Trial on Liability, and Scheduling." *See In re Addicks and Barker (Texas) Flood-Control Reservoirs*, Master Docket No. 17-3000L, (ECF No. 69) (Fed. Cl. Nov. 20, 2017).

      b.      Richard Warren Mithoff "Co-Lead Counsel for Individual Downstream Plaintiffs as to Pre-Trial Discovery, Dispositive Motions for Partial or Summary Judgement and/or Cross-Motions and/or a Trial on Liability, and Scheduling." *See In re Addicks and Barker (Texas) Flood-Control Reservoirs*, Master Docket No. 17-3000L, (ECF No. 69) (Fed. Cl. Nov. 20, 2017).

      c.      Jack E. McGehee "Of Counsel for Individual Downstream Plaintiffs as to Jurisdictional Discovery, the Government's Motion to Dismiss, and Scheduling." *See In re Addicks and Barker (Texas) Flood-Control Reservoirs*, Master Docket No. 17-3000L, (ECF No. 67) (Fed. Cl. Nov. 20, 2017).

      d.      Mr. William S. Consovoy and Mr. David C. Frederick, "Co-Lead Counsel; Co-Lead Counsel for Downstream Plaintiffs as to Jurisdictional Discovery, the Government's Motion to Dismiss, and Scheduling." *See In re Addicks and Barker (Texas) Flood-Control Reservoirs*, Master Docket No. 17-3000L, (ECF No. 67) (Fed. Cl. Nov. 20, 2017).

On February 18, 2020, the Court issued an Opinion and Order granting both Defendant's Motion to Dismiss and Cross-Motion for Summary Judgment. *See In re Downstream Addicks and Barker (Texas) Flood-Control Reservoirs*, Docket No. 17-9002, (ECF No. 203) (Fed. Cl. Feb 18, 2020). On September 9, 2020, the Court entered "Order Rescinding Amended Management Order No. 3 As It Relates To Newly Filed Cases" and dissolved the downstream leadership structure. *See In re Downstream Addicks and Barker (Texas) Flood-Control Reservoirs*, Docket No. 17-9002 (ECF No. 236) (Fed. Cl. Sep 9, 2020).

The undersigned has conferred with all formerly appointed counsel and advises the Court that Rand P. Nolen, Richard Warren Mithoff, and Jack E. McGehee wish to serve and seek reappointment. Derek H. Potts, William S. Consovoy, and David C. Frederick advised that they do not wish to be reappointed.

Dated:  September 22, 2022

                                                  Respectfully submitted,

                                                  */s/ Rand P. Nolen*
                                                  Rand P. Nolen
                                                  **FLEMING, NOLEN & JEZ L.L.P.**
                                                  2800 Post Oak Blvd., Suite 4000
                                                  Houston, Texas 77056
                                                  Telephone: (713) 621-7944
                                                  rand_nolen@fleming-law.com

                                                  *Counsel for Plaintiffs Virginia and Arnold Milton*

## Certificate of Service

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was served on the following opposing counsel and to Plaintiffs' counsel of record as reflected in the ECF notifications in Docket No. 17-9002 via email on September 22, 2022.

                                                  */s/ Rand P. Nolen*
                                                  Rand P. Nolen

KRISTINE TARDIFF
WILLIAM J. SHAPIRO
SARAH IZFAR
LAURA N. DUNCAN
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0481
Fax: (202) 305-0506
Kristine.tardiff@usdoj.gov
William.Shapiro@usdoj.gov
Sarah.Izfar@usdoj.gov
Laura.Duncan@usdoj.gov

*Attorneys for the United States*

| | | |
|---|---|---|
| Allen Craig Eiland<br>ceiland@eilandlaw.com | Jeffrey L. Raizner<br>efile@raiznerlaw.com | Richard Warren Mithoff, Jr<br>rmithoff@mithofflaw.com |
| Andrew Sullo<br>asullo@sullolaw.com | John Clinton Schumacher<br>clint@dawsonsodd.com | Riley L. Burnett, Jr<br>rburnett@rburnettlaw.com |
| Anthony Glenn Buzbee<br>tbuzbee@txattorneys.com | John Scott Black<br>jblack@dalyblack.com | Samuel Charles Webb<br>swebb@thecoxlawfirm.com |
| Anthony J. Antonellis<br>aantonellis@sloanewalsh.com | Emery Lawrence Vincent, Jr<br>lvincent@burnscharest.com | Spencer G. Markle<br>spencer@markledelacruz.com |
| Benjamin Russell Roberts<br>broberts@chadpinkerton.com | Eric Jonathan Rhine<br>erhine@spaglaw.com | Joseph K. Jones<br>jjones@sloanfirm.com |
| Bryant Steven Banes<br>bbanes@nhblaw.com | Eric Reed Nowak<br>enowak@harrell-nowak.com | Kurt B. Arnold<br>karnold@arnolditkin.com |
| Charles W. Irvine<br>charles@irvineconner.com | Gary J. Siller<br>gary.siller@clarkhillstrasburger.com | Luke Joseph Ellis<br>lellis@mehlaw.com |
| Christina Teresa Natale<br>christina@heardlawfirm.com | Howard L. Nations<br>nations@howardnations.com | Manuel E. Solis<br>juansolislaw@gmail.com |
| Clayton A. Clark<br>cclark@triallawfirm.com | Hsien Chun Chang<br>hcchang@lawtx.com | Michael C. Falick, I<br>mfalick@rothfelderfalick.com |
| David Charles Frederick<br>dfrederick@kellogghansen.com | Ian Heath Gershengorn<br>igershengorn@jenner.com | Michael J. Dulaney<br>mdulaney@sjrm.com |
| Dax Frank Garza<br>dax@daxgarzalaw.com | Ian P. Cloud<br>icloud@robinscloud.com | Tammy Tran<br>ttran@tt-lawfirm.com |
| Denman Hilton Heard<br>denman@heardlawfirm.com | Jack Edward McGehee<br>jmcgehee@lawtx.com | Nancie Gail Marzulla<br>Nancie@marzulla.com |
| Derek Heath Potts<br>dpotts@potts-law.com | James L. Warren, III<br>jwarren@cwplaw.com | Steven John Mitby<br>smitby@seilermitby.com |
| Don C. Griffin<br>dgriffin@velaw.com | Jared R. Woodfill<br>woodfillservice@gmail.com | Timothy Micah Dortch<br>mdortch@potts-law.com |
| Edward Blizzard<br>eblizzard@blizzardlaw.com | Noah Michael Wexler<br>nwexler@arnolditkin.com | Todd B. Denenberg<br>tdenenberg@dt-law.com |
| Edwin Armistead Easterby<br>aeasterby@whlaw.com | Peter Kelley Taaffe<br>ptaaffe@txattorneys.com | Vuk Vujasinovic<br>vuk@vbattorneys.com |
| Jason A. Itkin<br>jitkin@arnolditkin.com | Philip M. Kanayan<br>pmk@karstvonoiste.com | William David Mahoney<br>wmahoney@bmg-law.com |

| Jay Edelson            | Rene Michelle Sigman          | William Fred Hagans          |
| jedelson@edelson.com   | rsigman@merlinlawgroup.com    | fhagans@hagans.law           |
|                        | Richard N. Laminack           | William S. Consovoy          |
|                        | rickl@lpm-triallaw.com        | will@consovoymccarthy.com    |